[Crim. No. 224.  Second Appellate District.—October 27, 1911.]

In the Matter of the Application of J. A. WOODS for a Writ of Habeas Corpus.

HABEAS CORPUS—INABILITY OF JUSTICES TO AGREE.—Upon an application for a writ of *habeas corpus*, where the justices of this court are unable to agree upon a judgment, the application must be denied and the prisoner remanded.

APPLICATION for writ of *habeas corpus*.

R. J. Adcock, for Petitioner.

J. D. Frederick, District Attorney of Los Angeles County, and B. C. Hanna, Chief Deputy, for Respondent.

THE COURT.—The justices of this court being unable to agree upon a judgment, the application is denied and prisoner remanded.